No. 98–1633. KEELER *v.* ACADEMY OF AMERICAN FRANCISCAN HISTORY, INC., ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 98–1634. DANIELS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 98–1644. CECIL *v.* WHITT ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1694. WILLIAMS *v.* VENTURA COUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1712. VECTRA FITNESS, INC. *v.* TNWK CORP. C. A. Fed. Cir. Certiorari denied.

No. 98–1726. FRANDSEN *v.* FLORIDA. Cir. Ct. Brevard County, Fla. Certiorari denied.

No. 98–1738. MELLOTT ET AL. *v.* HEEMER ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–1770. TEXAS *v.* CONSAUL. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 98–1791. SWANQUIST *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–1806. LOFRANCO *v.* UNITED STATES PAROLE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–1817. CROW *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–1822. IN RE KERLINSKY. Sup. Jud. Ct. Mass. Certiorari denied.

No. 98–1826. GAINER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6417. RICE *v.* CARTER, WARDEN. C. A. 7th Cir. Certiorari denied.